**Order filed November 12, 2013.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00215-CR

————————

### KHAHN PHAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1225435**

## ORDER

Appellant is represented by appointed counsel, Kelly Ann Smith. Appellant's brief was originally due **June 3, 2013.** We granted an extension of time to file appellant's brief until October 28, 2013. When we granted this extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On November 4, 2013, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We grant the request and issue the following order.

Accordingly, we order Kelly Ann Smith to file a brief with the clerk of this court on or before **November 29, 2013**. If Kelly Ann Smith does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.


PER CURIAM